PREFERENCE PERIOD PAYMENT DETAIL

PAYMENTS MADE TO INDIVIDUALS WITHIN 90 DAYS PRIOR TO FILING

IN RE ST. MARY'S HOSPITAL, PASSAIC, N.J.

**MEDTRONIC USA INC.**

| VENDOR CODE | CHECK NO. | CHECK DATE | BANK CLEAR DATE | PAID AMT |
|---|---|---|---|---|
| MEDTRONIC USA INC. 4642 COLLECTIONS CENTER DR. CHICAGO, IL 60693 | | | | |
| 91065 | 261 | 12/12/2008 | 12/12/2008 | **$50,000.00** |
| 91065 | 113 | 12/19/2008 | 12/19/2008 | **$100,000.00** |
| 91065 | 126 | 12/26/2008 | 12/26/2008 | **$100,000.00** |
| 91065 | 191 | 1/2/2009 | 1/2/2009 | **$100,000.00** |
| 91065 | 238 | 1/9/2009 | 1/9/2009 | **$75,000.00** |
| 91065 | 176 | 1/20/2009 | 1/20/2009 | **$100,000.00** |
| 91065 | 275 | 1/23/2009 | 1/23/2009 | **$64,101.38** |
| 91065 | 366 | 1/30/2009 | 1/30/2009 | **$100,000.00** |
| 91065 | | 2/6/2009 | 2/6/2009 | **$100,000.00** |
| 91065 | 192 | 2/13/2009 | 2/13/2009 | **$75,000.00** |
| 91065 | 44135663 | 2/27/2009 | 2/27/2009 | **$75,000.00** |
| | | | TOTAL PREFERENCE PERIOD TRANSFERS: | **$939,101.38** |